# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NELDA WALLACE, | ) | CASE NO. 1: 05 CV 588 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| | ) | |
| DEPARTMENT OF REHABILITATION | ) | |
| & CORRECTIONS GRAFTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman Jr.. The Report and Recommendation (ECF #18), issued on October 17, 2005, is ADOPTED by this Court. The plaintiff, Nelda Wallace, filed a motion to dismiss the case without prejudice as she has been unable to obtain representation. (ECF #17). Magistrate Baughman has recommended granting her motion. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. This case is hereby dismissed without prejudice. IT IS SO ORDERED.

                                                          s/Donald C. Nugent
                                                          DONALD C. NUGENT
                                                          United States District Judge

DATED: October 19, 2005